Ryan Costello, IL SBN 6317378
Assistant Federal Public Defender
Email: ryan_costello@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Mr. Hummel

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00192-1 |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| v. | |
| JEREMY HUMMEL, | |
| Defendant. | |

  Defendant, Jeremy Hummel, through his attorney Ryan Costello, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for August 6, 2025, for a period of approximately 14 days to August 20, 2025, or a date thereafter convenient to the Court. This motion is made based on the need for Mr. Hummel to retain new, private defense counsel, and for the new defense counsel to have sufficient time to consult with the government. John Robb contacted counsel about replacing me as counsel, but Mr. Robb is currently involved in a two-week trial and unavailable to consult with the government or attend the arraignment.

  The government, through Assistant United States Attorney Cassady Anne Adams, has been contacted and has no objection to the requested continuance.

PAGE 1 – UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

This continuance constitutes excludable delay to August 20, 2025, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Hummel in a speedy indictment because additional time is necessary for Mr. Hummel to have sufficient time to secure private counsel and for private counsel to consult with the government. Mr. Hummel acknowledges his right to a speedy indictment under the Speedy Trial Act, including his right to be indicted within 30 days of his first appearance, and agrees that this motion will result in excludable delay under the Act.

Dated: July 29, 2025.

*/s/ Ryan Costello*
Ryan Costello, IL SBN 6317378
Attorney for Mr. Hummel